**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

David Carrilo–Guzman
               Plaintiff,

v.
                              Case No.: 1:25–cv–12772
                              Honorable Sharon Johnson Coleman

Sam Olson, et al.
               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/3/2025. Petitioner's motion to enforce the writ habeas [12] is granted. The Court finds the Immigration Judge's 11/3/2025 order is not consistent with the Court's writ of habeas corpus. The Court amends the writ of habeas corpus from a conditional writ to an unconditional writ. Petitioner is ordered released from custody forthwith. The government is ordered to transport petitioner to the ICE ERO facility at 101 W. Ida B. Wells Drive, in Chicago, IL by no later than 11/4/2025 at 2:00 p.m. CST, where he will be returned to his family. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.