# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| David Carrilo-Guzman, | |
| Petitioner(s), | |
| v. | Case No. 25 CV 12772 |
| | Judge Sharon Johnson Coleman |
| Sam Olson et al, | |
| Respondent(s). | |

## ORDER

The Court amends the writ of habeas corpus from a conditional writ to an unconditional writ. The Court orders that Petitioner David Carrillo-Guzman is ordered to be released from the custody at the Miami Correctional Facility in Bunker Hill, Indiana to his family on November 4, 2025 by 9:30 p.m. EST. This matter is pursuant to a telephone hearing in which petitioner's counsel, respondents' counsel, and Immigration and Customs Enforcement supervisors were present and agreed that the release would take place according to the Court's ruling.

Date: 11/4/2025

Sharon Johnson Coleman
United States District Court Judge